1

2

3

4                       UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7    DEFONTE TERELL ASHBY,                    Case No. 22-cv-07448-CRB  (PR)

8                  Plaintiff,
                                              **ORDER OF DISMISSAL**
9            v.

10   BEVERLY WOODS, et al.,

11                 Defendant(s).

12          On February 8, 2023, the court dismissed plaintiff's complaint under 42 U.S.C. § 1983

13   with leave to amend to allege specific facts to support a possible cognizable claim for relief within

14   28 days.  The court made clear that "[f]ailure to file a proper amended complaint within the

15   designated time will result in the dismissal of this action." Feb. 8, 2023 Order (ECF No. 10) at 3.

16          More than 35 days later, plaintiff has neither filed an amended complaint nor sought an

17   extension of time to do so.  The instant action accordingly is DIMISSED without prejudice.

18          The clerk is instructed to close the file.

19          **IT IS SO ORDERED**.

20   Dated:  March 20, 2023

21

22                                            _____
                                              CHARLES R. BREYER
23                                            United States District Judge

24

25

26

27

28

United States District Court
Northern District of California